AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited <br> *Plaintiff* <br> v. <br> United Steel, Paper & Forestry, Rubber, Mfg. Energy, Allied Indus. and Serv. Workers Int'l Union, AFL-CIO <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. **11-0428** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied
Industrial and Service Workers International Union, AFL-CIO/CLC
Five Gateway Center
Pittsburgh, Pennsylvania 15222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Mark A. Willard, Esq.
   Eckert Seamans Cherin & Mellott, LLC
   600 Grant Street, 44th Floor
   Pittsburgh, Pennsylvania 15219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **MAR 31 2011**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United Steel, Paper, Forestry, Rubber, Mfg. Energy Allied Indus. and Service Workers Int'l Union AFL-CIO
was received by me on *(date)* 4-4-11

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Richard S. Brean, Counsel, who is designated by law to accept service of process on behalf of *(name of organization)* United Steelworkers Legal Department Five Gateway Center Pittsburgh, PA 15222 8th Floor on *(date)* 4-4-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ — for travel and $ — for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4-4-11

_____
Server's signature

Vincent Policicchio
Printed name and title

600 Grant St 44th Floor
Pittsburgh PA 15219
Server's address

Additional information regarding attempted service, etc: